VERNON NORWOOD
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-3650, Ext. 201
vernon.norwood@ssa.gov
Bar No. 513792

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT - ⁃ 2009
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************

RANDALL CRUMP,
   Plaintiff,

Civil Action No. 06-CV-1003

v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,
   Defendant.
********************************

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

  This matter having been opened to the Court by Lawrence D. Hasseler for an Order awarding attorney fees and expenses pursuant to 28 U.S.C. § 2412 (the Equal Access to Justice Act (EAJA)), and costs pursuant to 28 U.S.C. § 1920, and it appearing that ANDREW T. BAXTER, United States Attorney, and Vernon Norwood, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of Five Thousand Eight Hundred and Sixty-Eight dollars ($5,868.00) for EAJA fees and expenses, and Three-Hundred and Fifty dollars ($350.00) for costs, the Court having reviewed the record in this matter;

IT IS on this _9th_ day of _October_, 2009;

ORDERED that plaintiff be paid a fee award in the amount of Five Thousand Eight Hundred and Sixty-Eight dollars ($5,868.00) for EAJA fees and expenses, and Three-Hundred and Fifty dollars ($350.00) for costs.

              _____
              Honorable Norman A. Mordue
              United States District Court Judge

The undersigned hereby consent to the form and entry of the within order.

                                          ANDREW T. BAXTER
                                          United States Attorney

Dated: October 7, 2009

                               By:    /s/ *Vernon Norwood*
                                         Vernon Norwood
                                         Special Assistant U.S. Attorney
                                         Bar No. 513792


                                         Conboy, McKay, Bachman & Kendall, LLP

Dated: October 8, 2009


                               By:    /s/Lawrence D. Hasseler
                                         Lawrence D. Hasseler.
                                         Attorney for Plaintiff